```
1  JOSEPH H. AINLEY, ESQ., State Bar No. 141230
   JHA LAW OFFICES
2  2004 Adele Place
   San Jose, CA 95125
3  (408) 264-6432
   (408) 307-0442
4
   Attorneys for Plaintiff,
5  CARMELO (CARL) FERRIGNO                    *E-FILED - 2/25/10*
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FERRIGNO,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.; KONINKLIJKE PHILIPS ELECTRONICS; VICTORIA ELWELL, HEIN RENSMA, PAUL VAN DER SANDEN, individuals, and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | No. C09-03085 xxx RMW<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Date:  February 26, 2010<br>Time:  10:30 a.m.<br>Courtroom 6, 4th Floor<br>Judge: The Hon. Ronald M. Whyte |

   1.  Defendant, Philips Electronics North America Corporation (hereinafter, "PENAC"), and plaintiff, Carl Ferrigno (hereinafter "Ferrigno") do hereby stipulate to continue the case management conference, which is currently set for February 26, 2010 at 10:30 a.m., to such date as is convenient with the court.

   2.  The basis for this stipulation is that plaintiff counsel has two discovery motions pending in Santa Clara County Superior Court in an unrelated case, which are both set for hearing on Friday, February 26, 2010 at 9:00 a.m. Based upon communications with the Court Clerk, it is plaintiff counsel's understanding that there are in excess of 30 motions on calendar for that morning, and that the order of precedence is matters that are submitted on the papers alone will be heard first, uncontested matters second, and contested matters third. It is the belief

---

STIPULATION AND ORDER RE: CONTINUANCE OF CASE
MANAGEMENT CONFERENCE

1

No. C09-03085 HRL

and concern of plaintiff's counsel that one or both of the matters set for hearing will not be heard in sufficient time to allow attendance at both the discovery hearings and the case management conference in this matter.

3. The current hearing date of February 26th was assigned by the court on the court's own motion. The previous date had been February 12, 2010.

4. Counsel for PENAC and Ferrigno agree that the case management conference may be continued until a date that is convenient for the court.

5. Counsel for Ferrigno will be unavailable on March 5, 2010 and during the time frame March 19 through March 30, 2010, as he will be out of the country on a prepaid trip to the United Kingdom.

Respectfully submitted,

Dated: February 23, 2010

JHA LAW OFFICES

By: _____
JOSEPH H. AINLEY, Attorneys for
Plaintiff, CARMELO (CARL) FERRIGNO

Dated: February 23, 2010

OGLETREE DEAKINS

By: _____
ERICA K. ROCUSH, Attorneys for
Defendant, PHILIPS ELECTRONICS
NORTH AMERICA CORP.

## ORDER

The stipulation of the parties to continue the case management conference date in this matter, and good cause appearing therefor, the court orders that the case management conference be continued until __April 9__, 2010.

IT IS SO ORDERED.

Date: 2/25/10

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT