THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
ERICA K. ROCUSH, State Bar No. 262354
Erica.rocush@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:   (415) 442-4810
Facsimile:   (415) 442-4870

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FERRIGNO,<br><br>            Plaintiff,<br><br>v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.; KONINKLIJKE PHILIPS ELECTRONICS; VICTORIA ELWELL, HEIN RENSMA, PAUL VAN DER SANDEN, individuals, and DOES 1 THROUGH 100, inclusive,<br><br>            Defendants. | Case No. C09-03085 RMW<br><br>**DECLARATION OF ERICA ROCUSH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Erica Rocush, declare as follows:

1.   I am an attorney at law, duly licensed to practice before all courts of the State of California. I am an Associate with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys of record herein for Defendants Koninklijke Philips Electronics, Hein Rensma, and Paul Van Der Sanden. I make this Declaration in support of Defendants' Motion to Dismiss. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.   Attached hereto as *Exhibit A* are true and correct copies of the posted envelopes reflecting

Plaintiff Carl Ferrigno's attempt to serve Defendants Koninklijke Philips Electronics, Hein Rensma, and Paul Van Der Sanden via international mail, post-marked July 6, 2009.

3.      Attached hereto as *Exhibit B* is a true and correct copy of a letter I sent to Joseph Ainley, counsel for Plaintiff Carl Ferrigno, confirming the contents of a telephone conversation that I had with Mr. Ainley.

4.      During my telephone conversation with Mr. Ainley, Mr. Ainley confirmed that his attempted service of Defendants via a California state court summons was ineffective because Philips Electronics North America Corporation had removed the case to federal court prior to service being effected on the remaining defendants.

5.      Mr. Ainley has recently informed me that he now believes that his attempted service of the foreign defendants via a California state court summons was effective service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and is executed this 25th day of February, 2010, at San Francisco, California.

_____
Erica Rocush

# EXHIBIT A

Law Offices
h H. Ainley
Adele Place
ose, Ca 95125

FIRST-CLASS MAIL
INTERNATIONAL

REGISTERED MAIL
RE 213 304 054 US

*3SRAMS0725420*

U.S. POSTAGE PAID
SAN JOSE, CA 95125
JUL 06, '09
AMOUNT $22.64
0008712 9-1

UNITED STATES POSTAL SERVICE

RETURN RECEIPT REQUESTED

To:
E.P. Coutinho
Koninklijke Philips Electronics N.V.
Amstelplein 2
1046 BC Amsterdam,
The Netherlands

E.P. Coutinho
Koninklijke Philips Electronics N.V.
Amstelplein 2
1096 BC Amsterdam – The Netherlands








**From:** JHA Law Offices
Joseph H. Ainley
2004 Adele Pl.

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Par Avion*

UNITED STATES POSTAL SERVICE

Administration des Postes des Etats-Unis d'Amérique

Return by the quickest route (air or surface mail), à découvert and postage free.
The sender completes and indicates the address for the return of this receipt.
(À remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis).

Name or Firm (Nom ou raison sociale)
JHA Law Offices / Joseph H. Ainley

Street and Number (Rue et no.)
2004 Adele Place

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

City, State, and ZIP+4 (Localité et code postal)
San Jose
California 95125
USA

UNITED STATES OF AMERICA
Etats-Unis d'Amérique

Avis de réception

PS Form 2865, February 1997                    CN07 (Old C5)

*3SRAMS072531H*

**ReadyPost**
utility Mailer

**TO:** Hein Renkema / Philips NV
Vredhoech 105 VS-2C-2263
5621 CX
Eindhoven, The Netherlands


UNITED STATES POSTAL SERVICE


1000
00107


U.S. POSTAGE
PAID
SAN JOSE, CA
95125
JUL 06 09
AMOUNT
$24.36
00087729-1

# EXHIBIT B

**Ogletree**
**Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
www.ogletreedeakins.com

July 29, 2009

erica.rocush@ogletreedeakins.com
Direct Dial: 415.536.3413

**VIA FACSIMILE**

Mr. Joseph Ainley
2004 Adele Place
San Jose, CA 95125

Re: *Ferrigno v. Philips Electronics North America Corp., et al.*
U.S. District Court for the Northern District of California
Case No. C-09-03085RMW

Dear Mr. Ainley:

It was a pleasure speaking with you yesterday afternoon. I am writing to follow up on, and confirm, the contents of that conversation.

During our conversation, you confirmed your understanding that the attempted service of California state court summonses on Victoria Elwell, Hein Rensma, Paul Van der Sanden, and Koninklijke Philips Electronics was ineffective, as the attempted service occurred after the case had been removed to the United States District Court for the Northern District of California. Consequently, until such time as a federal summons is issued, you confirmed your agreement that the federal court has no jurisdiction over these individuals/entities.

You also informed me that you are planning on filing a motion seeking to have the case remanded to the Santa Clara Superior Court. In light of this motion, you confirmed that you will not attempt to re-serve the aforementioned defendants until such time as that motion to remand is resolved.

If the foregoing does not accurately reflect your understanding of yesterday's conversation, please let Tom McInerney or me know immediately.

Very truly yours,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*[signature]*

Marina Rocush

Atlanta • Austin • Birmingham • Bloomfield Hills • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Greensboro • Greenville • Houston • Indianapolis • Jackson • Kansas City
Los Angeles • Memphis • (OGLETREE) Nashville • Philadelphia • Phoenix • Pittsburgh • Raleigh • San Antonio • San Francisco • St. Louis • St. Thomas • Tampa • Torrance • Tucson • Washington