THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
ERICA K. ROCUSH, State Bar No. 262354
Erica.rocush@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:  (415) 442-4810
Facsimile:  (415) 442-4870

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FERRIGNO,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.; KONINKLIJKE PHILIPS ELECTRONICS; VICTORIA ELWELL, HEIN RENSMA, PAUL VAN DER SANDEN, individuals, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. C09-03085 RMW<br><br>**DECLARATION OF HEIN RENSMA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Hein Rensma, declare as follows:

1. I am employed by Philips Electronics Nederland B.V. as Global Supply Market Manager, Facilities and Industrial.

2. I report to Paul Van Der Sanden. Mr. Van Der Sanden lives and works in The Netherlands.

3. I am not employed by any United States company, including Philips Electronics North America Corporation.

100222 Declaration of Hein Rensma

---

DECLARATION OF HEIN RENSMA

4. I am Carl Ferrigno's direct supervisor. I do not supervise, either directly or indirectly, any other employees in California.

5. I supervise employees from several Philips entities around the world who perform functions for the Philips General Purchasing organization.

6. I have only traveled to California in connection with my supervisory duties related to Mr. Ferrigno on one occasion, in June 2007. This trip was for a Supply Market management team meeting in which both Mr. Ferrigno and I participated. The trip was not specifically for the purposes of meeting with Mr. Ferrigno.

7. As Mr. Ferrigno's supervisor, I communicate with him via telephone and electronic mail, from my office in The Netherlands.

8. I am a resident and citizen of The Netherlands.

9. I work in Eindhoven, The Netherlands.

10. I do not own any property in California or anywhere else in the United States.

11. I do not have any assets, including any bank accounts, in California or the United States.

12. I do not have an office in California or anywhere else in the United States.

13. I do not travel to California on any regular basis, for either business or personal reasons. I have only been to California two times in my life. One time was in 1982 when I was a student for 3-5 days for holiday. The only other time I have traveled to California was in June 2007 for three days for a Supply Market management team meeting.

I declare under penalty of perjury pursuant to the laws of the Country of The Netherlands that the foregoing is true and correct and is executed this 23 day of February, 2010, at Eindhoven, The Netherlands.

_____
Hein Rensma