THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
ERICA K. ROCUSH, State Bar No. 262354
Erica.rocush@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FERRIGNO,<br><br>  Plaintiff,<br><br>v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.; KONINKLIJKE PHILIPS ELECTRONICS; VICTORIA ELWELL, HEIN RENSMA, PAUL VAN DER SANDEN, individuals, and DOES 1 THROUGH 100, inclusive,<br><br>  Defendants. | Case No. C09-03085 RMW<br><br>**DECLARATION OF JAMES DURCHAK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, James Durchak, declare as follows:

1.      I have been employed by Philips since April, 2003. I currently hold the title of Director, Risk Management & Insurance. In this capacity, I have an understanding of the corporate structure of Philips Electronics North America Corporation (PENAC) and Koninklijke Philips Electronics N.V. (KPE).

2.      PENAC is not a directly wholly-owned subsidiary of KPE. Rather, PENAC is a directly wholly-owned subsidiary of Philips Holding USA, Inc. (PHUSA).

3.      PHUSA is an indirectly wholly-owned subsidiary of KPE.

4. KPE does not in any way operate PENAC, nor do its employees manage the activities of PENAC.

5. KPE is merely a holding company.

6. KPE is a Dutch Corporation with its principal place of business in The Netherlands.

7. KPE employs only a few people, in The Netherlands.

8. Neither KPE nor its employees participate in PENAC's daily operations.

9. KPE itself does not have a place of business anywhere in the United States or employ anyone in the United States.

10. KPE itself does not conduct any business whatsoever in the United States.

I declare under penalty of perjury pursuant to the laws of the Commonwealth of Massachusetts that the foregoing is true and correct and is executed this 25 day of February, 2010, at Andover.

*/s/ James Durchak*
James Durchak

Durchak
Affidavit DOC

2
DECLARATION OF _____

Affidavit of Notary Public

On this 25th day of February, 2010, before me, the undersigned Notary Public, personally appeared _____, proved to me through satisfactory evidence of identification, which were N.H. Drivers License, to be the person whose name is signed on the preceding document in my presence.

Angela M. Vasquez

Notary Public

