THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
ERICA K. ROCUSH, State Bar No. 262354
Erica.rocush@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:   (415) 442-4810
Facsimile:    (415) 442-4870

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FERRIGNO,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.; KONINKLIJKE PHILIPS ELECTRONICS; VICTORIA ELWELL, HEIN RENSMA, PAUL VAN DER SANDEN, individuals, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. C09-03085 RMW<br><br>**DECLARATION OF PAUL VAN DER SANDEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Paul Van Der Sanden, declare as follows:

1. I am employed by Philips Electronics Nederland B.V. as Senior Vice President. I am responsible for the Philips General Purchasing ("PGP") organization.

2. Hein Rensma, Carl Ferrigno and I all are assigned to work as part of the PGP organization.

3. PGP is a shared services organization that provides services in sourcing non-product related goods and services to all of the entities in the Philips family. In other words, the PGP team members facilitate, coordinate and supervise the non-product related purchases

Declaration of Paul
Van Der Sanden

DECLARATION OF PAUL VAN DER SANDEN

made by all of the Philips entities, to ensure that all of the companies within the Philips family are following best practices for their non-product related purchases.

4. PGP is not a separate corporate entity or division; rather, it is a functional group comprised of employees from various Philips entities throughout the world.

5. The employees who are assigned to the PGP team are all employees of their local Philips entity.

6. All of the employees on the PGP team based in the United States are employees of PENAC. In the Netherlands PGP operates as part of Philips Electronics Nederland B.V.

7. The PGP team members coordinate to make sure that each of their employing companies benefits from the standardized purchasing processes overseen by the PGP organization.

8. Hein Rensma is one of my direct reports.

9. I am not employed by any United States company, including Philips Electronics North America Corporation.

10. I directly supervise one employee in the United States. I do not supervise, either directly or indirectly, any employees in California.

11. I have has very limited direct communication with Carl Ferrigno for any purpose. I have never traveled to California to deal with Mr. Ferrigno, nor have I ever telephoned Mr. Ferrigno in California.

12. I am a resident and citizen of The Netherlands.

13. I work in Eindhoven, The Netherlands.

14. I do not own any property in California or anywhere else in the United States.

15. I do not have any assets, including any bank accounts, in California or the United States.

16. I do not have an office in California or anywhere else in the United States.

17. I do not travel to California on any regular basis, for either business or personal reasons. I have only been to California less than five times in my life, for business purposes. All of these trips to California lasted only a few days.

I declare under penalty of perjury pursuant to the laws of the Country of The Netherlands that the foregoing is true and correct and is executed this 24 day of February, 2010, at Eindhoven, The Netherlands.

_____
Paul Van Der Sanden