**E-FILED on** 4/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL FERRIGNO,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.; KONINKLIJKE PHILIPS ELECTRONICS; VICTORIA ELWELL, HEIN RENSMA, PAUL VAN DER SANDEN, individuals, and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | No. C-09–03085 RMW<br><br>ORDER RE *EX PARTE* APPLICATION FOR CONTINUANCE OF DATE OF HEARING OF MOTION TO DISMISS<br><br>**[Re Docket No. 36]** |

Plaintiff's *ex parte* application to continue the hearing on the motion to dismiss by defendants Koninklijke Philips Electronics N.V., Hein Rensma and Paul Van Der Sanden to June 11, 2010 at 9:00 a.m. and the opposition thereto has been considered by the court. The court continues the hearing date to May 14, 2010 at 9:00 a.m. The court will be available on that date. The opposition is now due April 23, 2010 and the reply is due April 30, 2010.

The court is disappointed that such an application had to come before the court. Both sides, to some extent, appear to have acted unreasonably. **The parties and counsel are strongly encouraged to cooperate with each other on all further scheduling and briefing matters**. The

ORDER RE *EX PARTE* APPLICATION
FOR CONTINUANCE OF DATE OF HEARING OF MOTION TO DISMISS
No. C-09-03085 RMW

court is pleased that the parties have apparently agreed to scheduling dates in their Joint Case Management Conference Statement.

DATED: 4/8/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Joseph Heathcliff Ainley           joeainley@gmail.com

**Counsel for Defendants:**

Thomas Michael McInerney       tmm@ogletreedeakins.com,
Erica Rocush                           erica.rocush@ogletreedeakins.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____4/8/10_____                              _____TER_____
                                                                       **Chambers of Judge Whyte**

ORDER RE *EX PARTE* APPLICATION
FOR CONTINUANCE OF DATE OF HEARING OF MOTION TO DISMISS
No. C-09-03085 RMW

3