**United States District Court**
For the Northern District of California

**E-FILED on   7/22/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CARL FERRIGNO,

           Plaintiff,

v.

PHILIPS ELECTRONICS NORTH
AMERICA CORP.; KONINKLIJKE
PHILIPS ELECTRONICS; VICTORIA
ELWELL, HEIN RENSMA, PAUL VAN
DER SANDEN, individuals, and DOES 1
THROUGH 100, inclusive,

           Defendants.

No. C-09–03085 RMW

ORDER GRANTING DEFENDANT HEIN
RENSMA'S MOTION TO DISMISS

**[Re Docket No. 51]**

     Defendant Hein Rensma has moved to dismiss with prejudice  the claims asserted against

him under Rule 12(b)(6) on the ground that they fail to state a claim upon which relief may be

granted.  The motion was noticed for hearing on July 30, 2010.  On July 12, 2010, plaintiff filed a

statement of non-opposition to the motion, conceding that he does not substantively oppose the

motion.  Accordingly, for good cause appearing, the July 30, 2010 hearing date is vacated and

defendant Rensma's motion to dismiss is granted.  The claims are dismissed with prejudice.

DATED:       7/22/10

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge