**E-FILED on** 10/29/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL FERRINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP., et al.,<br><br>    Defendants. | No. C-09-03085 RMW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DENYING AN EXTENSION OF DISCOVERY CUT-OFF TIME<br><br>**[Re Docket No. 57]** |

    The motion to file a First Amended Complaint is granted. An extension of discovery cut-off time is denied, provided that Hein Rensma is made available. If he is not made available, plaintiff may apply to the court for an extension of the discovery deadline.

DATED:    10/29/2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DENYING AN EXTENSION OF DISCOVERY CUT-OFF TIME—No. C-09-03085 RMW
JLR